UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| RANDOLPH DUANE ROSS, | ) |
| Plaintiff, | ) |
| v. | ) No. 3:26-CV-13-TAV-JEM |
| GREG LAMBERT, | ) |
| Defendant. | ) |

**O R D E R**

This case is before the Court pursuant to 28 U.S.C. § 636, the Rules of this Court, and Standing Order 13-02.

Now before the Court is Defendant's Motion for Permission to Electronically File and Notice of Pro Se Appearance [Doc. 16]. Defendant claims that he intends to proceed pro se in this action and that he "is not currently registered for electronic filing access in this Court" [*Id*. ¶ 2]. Given that, he "requests authorization to register for and use the Court's electronic filing system for the filing and service of pleadings, motions, and other papers in this case" [*Id*. ¶ 3]. According to Defendant, "Granting electronic filing access will promote efficiency, ensure timely filing, and facilitate compliance with all applicable procedural rules and deadlines" [*Id*. ¶ 4]. "[He] understands that he is required to comply with all Federal Rules of Civil Procedure, the Local Rules of the United States Court for the Eastern District of Tennessee, and all orders of this Court, and that permission to electronically file does not alter or relax those obligations" [*Id*. ¶ 5].

Rule 5 of the ECF Filing Rules and Procedures of this Court provides, "A party to an action who is not represented by an attorney may, with the Court's permission, register as an E-Filer

solely for purposes of that action."[1] The Court finds Defendant's request to file electronically well taken, and the Court **GRANTS** the motion [**Doc. 16**]. Defendant **SHALL** be allowed to access the CM/ECF system subject to the same terms and conditions that apply to other users.

**IT IS SO ORDERED.**

ENTER:

*Jill E. McCook*
Jill E. McCook
United States Magistrate Judge

---

[1] Defendant may access the Electronic Case Filing Rules and Procedures of the United States District Court for the Eastern District of Tennessee at the following internet address: https://www.tned.uscourts.gov/local-rules-and-standing-orders.