UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| RANDOLPH DUANE ROSS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:26-CV-13-TAV-JEM |
| | ) | |
| GREG LAMBERT, | ) | |
| | ) | |
| Defendant. | ) | |

**O R D E R**

This case is before the undersigned pursuant to 28 U.S.C. § 636, the Rules of this Court, and the Order [Doc. 13] referring the matter to the undersigned by United States District Judge Thomas A. Varlan.

On January 9, 2026, Plaintiff commenced this action by filing a Verified Complaint for defamation and false light invasion of privacy [Doc. 1]. On the same day, Plaintiff filed the Motion for Restraining Order and Preliminary Injunction Against Defendant Greg Lambert [Doc. 2]. Subsequently, on January 26, 2026, Plaintiff filed Proof of Service showing that he served Defendant with the lawsuit on January 24, 2026 [Doc. 14]. Defendant has now appeared in this case and filed a Motion to Dismiss [Doc. 17].

The Court **ORDERS** Defendant to respond to Plaintiff's Motion for Restraining Order and Preliminary Injunction [Doc. 2] on or before **February 12, 2026**. Plaintiff **SHALL** file his reply brief on or before **February 19, 2026**. If necessary, the Court will set a hearing on the motion after it is fully briefed.

**IT IS SO ORDERED.**

ENTER:

_____
Jill E. McCook
United States Magistrate Judge