UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| RANDOLPH DUANE ROSS,  )<br>  )<br>    Plaintiff,  )<br>  )<br>v.  )<br>  )<br>GREG LAMBERT,  )<br>  )<br>    Defendant.  )<br>  ) | No. 3:26-CV-13-TAV-JEM |

**O R D E R**

This case is before the undersigned pursuant to 28 U.S.C. § 636, the Rules of this Court, and the Order [Doc. 13] referring the matter to the undersigned by United States District Judge Thomas A. Varlan.

On January 9, 2026, Plaintiff commenced this action by filing a Verified Complaint for defamation and false light invasion of privacy [Doc. 1]. On the same day, Plaintiff filed the Motion for Restraining Order and Preliminary Injunction Against Defendant Greg Lambert [Doc. 2]. Following Defendant's appearance in this matter, the Court entered a briefing schedule on Plaintiff's motion [Doc. 21]. The Court noted, if necessary, it would set a hearing on the matter after it was fully briefed [*Id*. at 1]. Defendant has responded in opposition to the motion [Doc. 22], and Plaintiff has replied [Doc. 29].

Upon review of the parties' filings, the Court finds a hearing on Plaintiff's motion appropriate. The Court **ORDERS** the parties to meet and confer about their availability for an in-person hearing. On or before **March 4, 2026**, the parties **SHALL** file a joint notice containing

their availability for a hearing in March 2026 or April 2026, whether they intend to introduce any evidence at the hearing, and the anticipated length of the hearing.

    **IT IS SO ORDERED.**

ENTER:

_____
Jill E. McCook
United States Magistrate Judge